cause of action, entered upon a verdict directed by the court, and also affirming an order denying plaintiff's motion for a new trial.

*Raphael J. Moses* for appellant.

*Charles B. Alexander* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

THE ST. JOHN WOOD-WORKING COMPANY, Respondent, *v.* SAMUEL W. B. SMITH et al., Appellants.

*St. John Wood-Working Co.* v. *Smith*, 82 App. Div. 348, affirmed.
(Argued May 10, 1904; decided May 31, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 24, 1903, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Thomas C. Ennever* for appellants.

*Charles W. Dayton* and *Joseph E. Bullen* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

CATHERINE J. FANNING, Respondent, *v.* THE SUPREME COUNCIL OF THE CATHOLIC MUTUAL BENEFIT ASSOCIATION, Respondent, and HANORA DALTON, Appellant.

*Fanning* v. *Supreme Council, C. M. B. A.*, 84 App. Div. 205, affirmed.
(Argued May 11, 1904; decided May 31, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 12, 1903, modifying and affirming as modified a judgment